NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 16 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER LIPSEY,<br><br>        Plaintiff-Appellant,<br><br>  v.<br><br>SATF PRISONS AD-SEG PROPERTY<br>OFFICERS; et al.,<br><br>        Defendants-Appellees. | No.   17-16116<br><br>D.C. No. 1:15-cv-00691-SKO<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Eastern District of California
Sheila K. Oberto, Magistrate Judge, Presiding

Submitted April 11, 2018**

Before:    SILVERMAN, PAEZ, and OWENS, Circuit Judges.

California state prisoner Christopher Lipsey appeals pro se from the

magistrate judge's order dismissing his 42 U.S.C. § 1983 action alleging various

constitutional violations. We have jurisdiction under 28 U.S.C. § 1291. We

review de novo whether the magistrate judge validly entered judgment on behalf of

---

\*     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

the district court.  *Allen v. Meyer*, 755 F.3d 866, 867-68 (9th Cir. 2014).  We vacate and remand.

Lipsey consented to proceed before the magistrate judge.  *See* 28 U.S.C. § 636 (c).  The magistrate judge then screened and dismissed Lipsey's action before the named defendants had been served.  *See* 28 U.S.C. §§ 1915A, 1915(e)(2)(B)(ii).  Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's order and remand for further proceedings.

**VACATED and REMANDED.**